■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO FERNANDEZ, Appellant. [5 NYS3d 436]—

Judgment, Supreme Court, Bronx County (Fernando Tapia, J.), rendered September 27, 2013, convicting defendant, after a nonjury trial, of endangering the welfare of a child and menacing in the third degree, and sentencing him to an aggregate term of three years' probation, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 349 [2007]). There is no reason to disturb the court's credibility findings. The fact that the court acquitted defendant of attempted assault in the third degree does not warrant a different conclusion. That crime requires a specific intent to cause physical injury, and such intent is not required for either of the crimes of which defendant was convicted. Concur—Tom, J.P., Andrias, Saxe, Manzanet-Daniels and Kapnick, JJ.